UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EVELINA MCLAUGHLIN,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, L.P.,<br><br>        Defendant. | CIVIL ACTION<br>Docket No: |

**NOTICE OF REMOVAL**

Defendant Wal-Mart Stores East, L.P. ("Walmart"), by counsel and pursuant to 28 U.S.C. § 1441 et seq., requests removal of a civil action commenced in the Penobscot Superior Court, Penobscot County, Bangor, Maine, titled *Evelina McLaughlin v. Wal-Mart Stores East, L.P.* Civil Action Docket No. PENSC-CIV-2023-00130.  In support of removal, Defendant respectfully states as follows:

    1.    Plaintiff commenced this action by filing a Complaint in Maine Superior Court, Penobscot County, on or about September 21, 2023, a copy of which is attached as Exhibit A to the Declaration of Daniel R. Strader ("Strader Declaration").

    2.    On November 7, 2023, the Summons and Complaint were served upon Walmart.

    3.    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely as it has been filed with this Court within thirty (30) days after receipt by Walmart through service of Plaintiff's Complaint.

    4.    The United States District Court for the District of Maine is the federal judicial district encompassing the Superior Court of Penobscot County, where this suit was originally filed. Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a).

#16637052v1

5. The Complaint includes claims arising under federal law; specifically, Count I of the Complaint seeks relief under the federal Americans with Disabilities Act, 42 U.S.C. § 12111 et seq. See Compl. ¶¶ 5, 8–12, 14. This Court therefore has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), (c).

6. Walmart is a Delaware corporation with a principal place of business located in Bentonville, Arkansas.

7. Plaintiff Evelina McLaughlin is an individual who resides in the Town of Gloucester, Gloucester County, Virginia.

8. In the Complaint, Plaintiff seeks judgment and monetary damages against Walmart and includes a request for the following relief: "compensatory damages, punitive damages, back pay, reinstatement and/or front pay, together with interest, costs, and reasonable attorneys' fees and expenses, all as provided by law." See Compl. pp. 3–4.

9. Although Plaintiff does not make a demand for a specific amount of monetary damages against Walmart in her *ad damnum* clause, the amount of damages sought by Plaintiff exceeds $75,000. Under the statutory damages provision applicable to Plaintiff's claim under the Maine Human Rights Act (5 M.R.S. § 4613(2)(B)(8)(e)), Plaintiff may recover up to $500,000 in combined compensatory and punitive damages. Under the statutory damages provision applicable to Plaintiff's claim under the Americans with Disabilities Act (42 U.S.C. § 1981a), Plaintiff may recover up to $300,000 in combined compensatory and punitive damages.

10. Under 28 U.S.C. § 1332 (a)(1), (c), this Court has original jurisdiction over this matter because the amount in controversy exceeds $75,000 and the parties are completely diverse:

(a) Plaintiff is a citizen of the state of Virginia; and (b) Walmart is incorporated in Delaware with a principal place of business in Arkansas.

11. This Court having original jurisdiction in this matter under 28 U.S.C. §§ 1331 and 1332, Walmart may remove this action by giving notice thereof to all adverse parties and by filing a copy of this Notice with the Clerk of Court for the Maine Superior Court, Penobscot County.

12. Pursuant to 28 U.S.C. § 1446(a), copies of the Complaint, Summons, and other papers served on Defendant are attached, being all the process, pleadings, and orders served upon Defendant. (*See* Strader Declaration, Exhibit A.)

13. Pursuant to 28 U.S.C. § 1446(d), Defendant this day is filing a copy of the Notice of Removal with the Penobscot County Superior Court and sending copies of the notice to Plaintiff's counsel.

WHEREFORE, Defendant Wal-Mart Stores East, L.P. respectfully requests that the above-captioned action be removed from the Penobscot County Superior Court to this Court.

Dated: November 27, 2023

/s/ *Daniel R. Strader*
Daniel R. Strader

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
207-791-1100
dstrader@pierceatwood.com

*Counsel for Defendant*
*Wal-Mart Stores East, L.P.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, I electronically filed a copy of Defendant's Notice of Removal with the Clerk of Court using the CM/ECF System, which will send notification of such filing(s) to the following:

Erik M.P. Black, Esq.
Gilbert Law Offices
88 Hammond Street, Suite 321
Bangor, Maine  04402-2339
empb@yourlawpartner.com

Dated: November 27, 2023        /s/ *Daniel R. Strader*
                                Daniel R. Strader

                                Pierce Atwood LLP
                                Merrill's Wharf
                                254 Commercial Street
                                Portland, Maine 04101
                                207-791-1100
                                dstrader@pierceatwood.com

                                *Counsel for Defendant*
                                *Wal-Mart Stores East, L.P.*